United States District Court
Southern District of Texas
**ENTERED**
July 08, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-16-078 (2,4,5) |
| | § | |
| ARTURO HERNANDEZ-VILLEGAS | § | |
| MARCO ANTONIO APARICIO-SANTOS | § | |
| JESUS ORTIZ FLORES | § | |

**O R D E R**

Defendant Jesus Ortiz Flores filed a motion for continuance, (Docket Entry No. 52). The government and codefendant are unopposed to the motion. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | July 25, 2016 |
| Responses are to be filed by: | August 1, 2016 |
| Pretrial conference is reset to**:** | **August 8, 2016 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **August 15, 2016 at 9:00 a.m.** |

SIGNED on July 8, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge